# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**AMBER KEENUM**                                                                              **PLAINTIFF**

**v.**                                            **CAUSE NO. 1:19CV839-LG-RPM**

**WAL-MART STORES EAST, L.P.; WALMART INC.; and JOHN DOES 1-10**                                  **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 24th day of November, 2020.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge